UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GERTRUDE RATHMAN,

                Plaintiff,

    -against-

EMPIRE HEALTH CHOICE ASSURANCE,
INC., d/b/a EMPIRE MEDICARE SERVICES,
THE TRAVELERS COMPANIES,
INC. d/b/a THE TRAVELERS INDEMNITY
COMPANY and PENINSULA HOSPITAL
CENTER,

                Defendants.

-----------------------------------------------------------X

07 CV 11589 (PKC)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)**

       PLEASE TAKE NOTICE THAT plaintiff, Gertrude Rathman, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily discontinues without prejudice her action in the above captioned matter solely as against defendant Empire Health Choice Assurance, Inc., d/b/a Empire Medicare Services ("Empire"), who not yet served an answer or a motion for summary judgment. Accordingly, the plaintiff's action against defendant Empire is hereby dismissed without prejudice.

Dated: Brooklyn, New York
       February 14, 2008

                          REIBMAN & WEINER
                          Attorneys for Plaintiff

            By: s/Michael Lumer
                Michael Lumer (ML-1947)
                26 Court Street, Suite 1005
                Brooklyn, New York 11242
                (718) 522-1743

To:    Li Yu, Esq.
       United States Attorney's Office
       Southern District of New York
       86 Chambers Street
       New York, New York 10007