UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

GERTRUDE RATHMAN,

        Plaintiff,

    -against-

EMPIRE HEALTH CHOICE ASSURANCE,
INC., d/b/a EMPIRE MEDICARE SERVICES,
THE TRAVELERS COMPANIES,
INC. d/b/a THE TRAVELERS INDEMNITY
COMPANY and PENINSULA HOSPITAL
CENTER,

        Defendants.

------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-15-08

07 CV 11589 (PKC)

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
FED.R.CIV.P. 41(a)**

PLEASE TAKE NOTICE THAT plaintiff, Gertrude Rathman, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily discontinues without prejudice her action in the above captioned matter solely as against defendant Empire Health Choice Assurance, Inc., d/b/a Empire Medicare Services ("Empire"), who not yet served an answer or a motion for summary judgment. Accordingly, the plaintiff's action against defendant Empire is hereby dismissed without prejudice.

Dated: Brooklyn, New York
       February 14, 2008

SO ORDERED
/s/ P. Kevin Castel
USDJ
2-15-08

REIBMAN & WEINER
Attorneys for Plaintiff

By: s/Michael Lumer
    Michael Lumer (ML-1947)
    26 Court Street, Suite 1005
    Brooklyn, New York 11242
    (718) 522-1743

To:  Li Yu, Esq.
United States Attorney's Office
Southern District of New York
86 Chambers Street
New York, New York 10007

-2-