USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

GERTRUDE RATHMAN,

                        Plaintiff,                    07 Civ. 11589 (PKC)

        -against-
                                                        ORDER

EMPIRE HEALTH CHOICE
ASSURANCE, INC., et al.,

                        Defendants.
----------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Based upon the voluntary dismissal of the removing party (who had removed

on the basis that it was under contract with the U.S. Department of HHS), let the parties show

cause in writing by March 21, 2008 why the action should not be remanded to state court.

        SO ORDERED.

                                                   _____
                                                   P. Kevin Castel
                                                   United States District Judge

Dated:  New York, New York
        February 29, 2008